AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

**08 C 1234**

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,
Plaintiffs,

v.

STONE USA, INC., an Illinois Corporation,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

JUDGE:

JUDGE GOTTSCHALL
MAGISTRATE JUDGE SCHENKIER

TO: (Name and Address of Defendant)

STONE USA, INC., an Illinois Corporation
c/o:   Thomas Gilkos, Registered Agent
       1234 South Michigan Avenue, Suite D
       Chicago, IL 60605

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_/s/ Yvette Montoya_
(By) DEPUTY CLERK

February 29, 2008
Date

BY DEPUTY CLERK

EXHIBIT B

# RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]

DATE: 3-3-2008

NAME OF SERVER (PRINT): Bernard LeFlore

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered Agent Thomas Gilkes, by serving his receptionist Joana Maruel, who accepted summons & complaint on his behalf.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 8.00 | | 8.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-3-08

Signature of Server: x Bernard LeFlore

Address of Server: x 200 W Jackson Suite 1900

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.