IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MASONRY INSTITUTE, BRICKLAYERS )
LOCAL 21 PENSION FUND, DISTRICT )
COUNCIL TRAINING CENTER FUND, )
AND BRICKLAYERS AND STONE )
MASONS OF ILLINOIS DISTRICT COUN- )
CIL NO. 1 B.A.C. ANNUITY TRUST FUND, )
)
                Plaintiffs, )   No. 08 C 1234
   v. )
)   Judge Gottschall
STONE USA, INC., an Illinois Corporation, )
)   Mag. Judge Schenkier
               Defendant. )

### AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, and BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, et al., on oath and duly sworn, states:

1.   That I am an attorney licensed to practice in the State of Illinois for 42 years and a member of the Federal Bar.

2.   That I represent the Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, and BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, et al., and our billing rate is $195.00 per hour.

3.   That I have billed our clients a total of $1,170.00 for legal services in the matter of STONE USA, INC., an Illinois Corporation.

4.   That costs in the amount of $358.00 for filing and service of Summons have been incurred by Plaintiffs.

                                                       /s/ Robert B. Greenberg
                                                         ROBERT B. GREENBERG

Subscribed and Sworn to before me
this 24th day of March, 2008.

/s/ Linda D. Konaszewski
      NOTARY PUBLIC

OFFICIAL SEAL
LINDA D KONASZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/23/10