AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

### NORTHERN DISTRICT OF ILLINOIS

Eastern Division

## 08 C 1234

MASONRY INSTITUTE, BRICKLAYERS
LOCAL 21 PENSION FUND, DISTRICT
COUNCIL TRAINING CENTER FUND,
AND BRICKLAYERS AND STONE
MASONS OF ILLINOIS DISTRICT COUN-
CIL NO. 1 B.A.C. ANNUITY TRUST FUND,
                              Plaintiffs,

v.

STONE USA, INC., an Illinois Corporation,
                              Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

JUDGE:

JUDGE GOTTSCHALL
MAGISTRATE JUDGE SCHENKIER

TO: (Name and Address of Defendant)

**STONE USA, INC., an Illinois Corporation**
c/o:   Thomas Gilkos, Registered Agent
       1234 South Michigan Avenue, Suite D
       Chicago, IL 60605

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.

**Michael W. Dobbins, Clerk**

_Yvette Montana_
-------------------------------------
(By) DEPUTY CLERK

**February 29, 2008**
----------------------------------------
Date

BY DEPUTY CLERK





EXHIBIT
B

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 3-3-2008 |
| NAME OF SERVER (PRINT) Bernard LeFlore | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Served Registered Agent Thomas Gilkes, by serving his receptionist Ioana Pavel, who accepted summons & complaint on his behalf,

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 8.00 | | 8.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-3-08
_____
Date

X Bernard LeFlore
_____
Signature of Server

X 200 W Jackson Suite 1900
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.