IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, Plaintiffs, v. STONE USA, INC., an Illinois Corporation, Defendant. | No. 08 C 1234  Judge Gottschall  Mag. Judge Schenkier |

### AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, and BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, et al., on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 42 years and a member of the Federal Bar.

2. That I represent the Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, and BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, et al., and our billing rate is $195.00 per hour.

3. That I have billed our clients a total of $1,170.00 for legal services in the matter of STONE USA, INC., an Illinois Corporation.

4. That costs in the amount of $358.00 for filing and service of Summons have been incurred by Plaintiffs.

_____
ROBERT B. GREENBERG

Subscribed and Sworn to before me this 24th day of March, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
LINDA D KONASZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/23/10