Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1234 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Masonry Institute, Bricklayers Local 21 Pension Fund vs. Stone USA, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for default judgment [11] is granted. Enter order. It is hereby ordered that default judgment is entered in favor of Plaintiffs for attorneys' fees and court costs against Defendant, Stone USA, Inc. in the amount of $1,528.00. The court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiff's in order to enforce the judgment entered herein. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:05



| | Courtroom Deputy Initials: | RJ |
|---|---|---|