IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MASONRY INSTITUTE, BRICKLAYERS )
LOCAL 21 PENSION FUND, DISTRICT )
COUNCIL TRAINING CENTER FUND, )
AND BRICKLAYERS AND STONE )
MASONS OF ILLINOIS DISTRICT COUN- )
CIL NO. 1 B.A.C. ANNUITY TRUST FUND, )
               )
          Plaintiffs, ) No. 08 C 1234
   v.            )
               ) Judge Gottschall
STONE USA, INC., an Illinois Corporation, )
               ) Mag. Judge Schenkier
          Defendant. )

## ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

  1. That Defendant, STONE USA, INC., an Illinois Corp., having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

  2. The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

  3. That Defendant is ordered to produce its books and records for the period September 1, 2006, through February 29, 2007, within 20 days from the date of this Order, and to pay to Plaintiffs the amount found due and owing in accordance with the applicable provisions of its collective bargaining agreement.

  4. That Defendant shall comply with and perform according to the terms and conditions of its Collective Bargaining Agreement with Local 21.

5. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

6. That Judgment is entered in favor of Plaintiffs for attorneys' fees and court costs in the amount of $1,528.00.

DATED: 5/21/08

ENTER:

_____
U.S. District Court Judge

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558