

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Masonry Institute, Bricklayers Local 21 Pension Fund | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1234 |
| Stone USA, Inc. | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs for attorneys' fees and court costs against Defendant, Stone USA, Inc. in the amount of $1,528.00. The court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiff's in order to enforce the judgment entered herein. Civil Case Terminated.

Michael W. Dobbins, Clerk of Court

Date: 5/21/2008

/s/ Rhonda Johnson, Deputy Clerk