IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND  BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUN-CIL NO. 1 B.A.C. ANNUITY TRUST FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | No. 08 C 1234 |
| v. | ) ) | Judge Gottschall |
| STONE USA, INC., an Illinois Corporation, | ) ) | Mag. Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   STONE USA, INC.
       c/o: Thomas Gilkos, Registered Agent
       1234 South Michigan Avenue, Suite D
       Chicago, IL 60605

       **PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Gottschall, at Room 2325, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 4th of September 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

                    /s/ Robert B. Greenberg
                    Asher, Gittler, Greenfield & D'Alba, Ltd.
                    200 West Jackson Boulevard
                    Suite 1900
                    Chicago, Illinois 60606
                    (312) 263-1500
                    IL ARDC#:  01047558

## <u>CERTIFICATE OF SERVICE</u>

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

**STONE USA, INC.**
**c/o: Thomas Gilkos, Registered Agent**
**1234 South Michigan Avenue, Suite D**
**Chicago, IL 60605**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 19th day of August 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg_____
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558