

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1234 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Masonry Institute, et al. Vs. Stone USA, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for rule to show cause regarding Stone USA, Inc. (16) is granted. It is hereby ordered that Thomas Gilkos shall personally appear before this court at 9:30a.m. on 9/25/2008, to show cause, if any, why he should not be attached and punished for contempt of court for failing to comply with the Court's Order entered on 5/21/2008. Enter order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|

U.S. DISTRICT COURT

2008 SEP -4 PM 5: 18

FILED