THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, ) ) ) ) ) ) ) | |
| Plaintiffs,  ) | No. 08 C 1234 |
| v.  ) | |
| ) | Judge Gottschall |
| STONE USA, INC., an Illinois Corporation,  ) | |
| ) | Mag. Judge Schenkier |
| Defendant.  ) | |

### ORDER

It is ordered that Thomas Gilkos, President of Defendant, STONE USA, INC., an Illinois Corporation, shall personally appear before Judge Gottschall, in Room 2325, at 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m. on the 25th of September 2008, to show cause, if any, why he should not be attached and punished for contempt of court for failing to comply with the Court's Order entered on May 21, 2008. Service of this Rule upon Defendant shall be made no later than seven (7) days from the return date.

DATED: 9-4-08                              ENTER:

                                                          _____
                                                          JUDGE

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558